UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DESIREE BERGERON ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 17-519** |
| **OCHSNER HEALTH SYSTEM ET AL.** | **SECTION I** |

### ORDER

Considering the plaintiffs' unopposed motion[1] to file a second amended complaint,

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that defendants' partial motion[2] to dismiss is **DENIED** as moot. Defendants may file a revised motion to dismiss with the Court by **June 19, 2017**.

New Orleans, Louisiana, June 13, 2017.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 31.
[2] R. Doc. No. 29.