## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DESIREE BERGERON, LILLIAN | ) | CIVIL ACTION NO. 17-CV-00519 |
| FOGARTY, PATRICIA GREMILLION, | ) | |
| NATALIE ILLG, MICHELE KRAFT, | ) | |
| KEVIN MILLET, ELIZABETH NELSON, | ) | |
| KEVIN BRANFORD, and, VALERIE | ) | |
| WALKER, individually and on behalf | ) | SECTION I JUDGE AFRICK |
| of others similarly situated | ) | |
| | ) | |
| Plaintiffs, | ) | DIVISION 2 JUDGE WILKINSON |
| | ) | |
| v. | ) | |
| | ) | |
| OCHSNER HEALTH SYSTEM and | ) | |
| OCHSNER CLINIC FOUNDATION | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT MOTION TO APPROVE SETTLEMENT AND FOR DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Desiree` Bergeron,

Lillian Fogarty, Patricia Gremillion, Natalie Illg, Michele Kraft, Kevin Millet, Elizabeth Nelson,

Kevin Branford, and Valerie Walker and all Opt-In Plaintiffs (collectively referred to as

"Plaintiffs"), and Defendants, Ochsner Health System and Ochsner Clinic Foundation

("Defendants") (collectively referred to as the "Parties"), who hereby represent to the Court that

they have resolved the claims in this matter in their entirety and respectfully request that the

Court approve the Confidential Settlement Agreement and attachments thereto under the Fair

Labor Standards Act, which are being submitted to the Court for *in camera* inspection. The

Parties also request that the Court approve the amount allocated for Plaintiffs' attorney's fees and

costs.

The Parties also request that the Court dismiss this lawsuit, each party to bear its own fees and costs except as provided in the Confidential Settlement Agreement, without prejudice to the rights of the Parties to move for summary judgment seeking to enforce the settlement if not consummated. The Parties also request that the Court retain jurisdiction over the Parties and their Confidential Settlement Agreement for purposes of enforcing such agreements should any controversy arise about the terms of the agreements or any party's performance of its obligations thereunder.

Finally, the Parties request that, upon the Court's receipt of a joint motion to dismiss to be filed by the Parties no later than 14 days after the disbursement of the balance of the payments as specified in the Confidential Settlement Agreement, the Court enter a final order dismissing with prejudice the claims of all Plaintiffs in this Lawsuit according to the terms of the Confidential Settlement Agreement, each party to bear its own fees and costs except as provided in the Confidential Settlement Agreement.

**WHEREFORE**, the Parties respectfully request that this Court grant this joint motion, approving the Confidential Settlement Agreement and dismissing the claims of Plaintiffs without prejudice as prayed for herein and set forth in the accompanying proposed Order.

Respectfully submitted,

/s/ Jennifer F. Kogos
Jennifer F. Kogos (LA #25668)
David K. Theard (LA #31987)
**Jones Walker LLP**
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170-5100
Telephone:     (504) 582-8154
                      (504) 582-8402
Facsimile:      (504) 589-8154
                      (504) 589-8402
jkogos@joneswalker.com
dtheard@joneswalker.com

*Counsel for Defendants Ochsner Health System
and Ochsner Clinic Foundation*

/s/ Kenneth C. Bordes
Kenneth C. Bordes (Bar #35668)
**Kenneth C. Bordes,
Attorney at Law, LLC**
4224 Canal St.
New Orleans, LA 70119
Telephone: (504) 588-2700
Facsimile: (504) 708-1717
kcb@kennethbordes.com

and

J. Russ Bryant* (TN #33830)
Paula R. Jackson* (TN #20149)
**JACKSON, SHIELDS, YEISER & HOLT**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Telephone:  (901) 754-8001
Facsimile:  (901) 759-1745
*rbryant@jsyc.com*
*pjackson@jsyc.com*

*\*Admitted Pro Hac Vice*

*Attorneys for Named Plaintiffs, on behalf of
themselves and all other similarly situated current
and former employees*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 17, 2019 a true and correct copy of the foregoing pleading was served via ECF electronic filing on all counsel of record.

/s/ Jennifer F. Kogos
Jennifer F. Kogos