UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DESIREE BERGERON, ET AL.**                                   **CIVIL ACTION**

**VERSUS**                                                      **No. 17-519**

**OCHSNER HEALTH SYSTEM, ET AL.**                               **SECTION I**

## ORDER

Considering the parties' joint motion[1] to approve the settlement agreement and for dismissal of the above-captioned matter, and after evaluating the confidential settlement agreement between the parties and the attachments thereto, the Court finds the settlement to be fair and reasonable and approves the same under the Fair Labor Standards Act.

Accordingly,

**IT IS ORDERED** that the motion is **GRANTED.** This action is **DISMISSED**, each party to bear its own fees and costs except as provided in the settlement agreement, without prejudice to the rights of the parties to move for summary judgment seeking to enforce the settlement if not consummated.

The Court also retains jurisdiction over the parties and their settlement agreement for purposes of enforcing such agreement should any controversy arise about the terms of the agreement or any party's performance of its obligations thereunder.

---

[1] R. Doc. No. 145.

**IT IS FURTHER ORDERED** that, upon the Court's receipt of a joint motion to dismiss to be filed by the parties no later than 60 days after the disbursement of the balance of the payments as specified in the settlement agreement, the Court will enter a final order dismissing with prejudice the claims of all plaintiffs in this action according to the terms of the settlement agreement, each party to bear its own fees and costs except as provided in the settlement agreement.

New Orleans, Louisiana, January 17, 2019.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**