UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DESIREE BERGERON, ET AL.**                                CIVIL ACTION

**VERSUS**                                                  No. 17-519

**OCHSNER HEALTH SYSTEM, ET AL.**                           SECTION I

### ORDER

Considering the joint motion[1] to dismiss filed by the plaintiffs, Desiree Bergeron, Lillian Fogarty, Patricia Gremillion, Natalie Illg, Michelle Kraft, Kevin Millet, Elizabeth Nelson, Kevin Branford, and Valerie Walker, as well as all of the opt-in plaintiffs (collectively, the "plaintiffs"), and the defendants, Ochsner Health System and Ochsner Clinic Foundation (collectively, the "defendants"),

**IT IS ORDERED** that the plaintiffs' claims against the defendants in the above-captioned matter are **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs, except as provided in the parties' confidential settlement agreement.

New Orleans, Louisiana, April 22, 2019.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 147.